IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE SUNDAY, #213453, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-723-MEF |
| | ) |
| LEE COUNTY CIRCUIT COURT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 14th day of August, 2007.

　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　WALLACE CAPEL, JR
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE