IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE SUNDAY, #213453, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:07-CV-723-MEF |
| ) | |
| LEE COUNTY CIRCUIT COURT, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the document filed by the petitioner on August 27, 2007 (Court Doc. No. 5), and for good cause, it is

ORDERED that the Recommendation entered on August 14, 2007 be and is hereby WITHDRAWN.

Done this 28th day of August, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR
UNITED STATES MAGISTRATE JUDGE