Case 3:07-cv-00723-MEF-WC

United States District Court For the Middle District of Alabama of Eastern Division: Notice of Appeal To The Appropriate U.S. Court of Appeals: 28 U.S.C. § 2253(A)(2000).

| | |
|---|---|
| Timothy Lee Sunday, Petitioner<br>-against-<br>Lee County Circuit Court<br>Respondent, et al | Notice of Appeal [COA]<br>Indictment No. CC-98-1095<br>Application For A Certificate of Appealability. |

Please take Notice that Petitioner Timothy Lee Sunday, hereby Appeals Pursuant to Final Judgment Order: Case: 3:07-CV-00723-MEF-WC; Date Filed: 9-27-07 In The United States District Court For the Middle District of Alabama of Eastern Division within 30 days of the District Court Judgment. 28 U.S.C. § 2107 (2000). This Appeal is taken from said Judgment and from each and every part thereof and every intermediate order made therein.

    Petitioner requests Permission to Appeal by obtaining a Certificate of Appealability from a Federal district or Circuit Court Judge. 28 U.S.C. § 2253 (c)(1)(2000).

Dated: 10-14-07

                                     Timothy Lee Sunday
                                     #213453 Pro Se Incarcerated

Certificate of Service 10-14-07 Pursuant to Mail box rule deposited delivered to Prison officials for Mailing. Houston v. Lack 487 U.S. 266, 271-272 (1988): 28 U.S.C. § 1746

CASE  3:07-cv-00723-MEF-WC    filed  8/14/ 2007

TIMOTHY  LEE SUNDAY, PETITIONER,

AIS# 213453,

V.

  LEE COUNTY  CIRCUIT  COURT, et al.,

CASE NO.3:07- Cv-723-MEF [WO]

QUESTIONS  PRESENTED

ISSUE  ARGUMENT  1.(a).

WHETHER  PETITIONERS  APPELLANT  COUNSEL  MR.  T.R.  MCINTYRE'S  FAILURE  TO  RAISE  AND  PROSECUTE  ISSUES  OF  PROSECUTORIAL  MISCONDUCT  IN  STATE  APPEAL  REQUIRES  EVIDENTIARY  HEARING.  COULD  APPELLATE  COUNSEL  ATTORNEY  T.R.  MCINTYRE  BE  INEFFECTIVE  ASSISTANCE  OF  COUNSEL ?  [ANSWER  BELOW :

  YES              .         SEE          APPENDIX: _1. (A)____ :

_____ .

WHETHER  THAT  DID NOT  HAPPEN  IN  THIS  COURT  ROOM. THAT  WAS  NOT      THE      EVIDENCE.     YES  .  SEE  APPENDIX   :
_____ .

ISSUE NO.I(ii)(A):

WOULD  APPELLATE  COUNSEL  T.R.  MCYNTYRE'S  FAILURE  TO  PERFECT  APPEAL  BE  PREJUDICIAL  UNDER  THE  STRICKLAND  STANDARD  AND  THRERFORE  CONSTITUTE  INEFFECTIVE  ASSISTANCE  OF  COUNSEL .  YES . SEE APPENDIX : _I(ii)(A)_____ .

-[i]-

CASE 3:07-cv-00723-MEF-WC   FILED 8/14/2007

ISSUE I (iii) A :

WHETHER IN THE CASE AT BAR, APPELLANT COUNSEL MR. MCINTYRES FAILURE TO PERFECT APPEAL WHEN DEFENDANT " MR. SUNDAY " REQUESTED MR. MCINTYRE TO FILE INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, PROSECUTOR GAIL MEEK KNOWINGLY USED PERJURED TESTIMONY, IS A PERSE VIOLATION OF THE SIXTH AMENDMENT AND CONSTITUTES INEFFECTIVE ASSISTANCE OF COUNSEL. YES. SEE APPENDIX I(iii)A                            :

ISSUE NO. I(iv) B : LEGAL CLAIM NO. I GROUND ONE :

WHETHER PETITIONERS CONVICTION WAS OBTAINED AS THE RESULT OF INEFFECTIVE ASSISTANE OF COUNSEL AT TRIAL. THIS VIOLATED PETITIONERS RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL , AS GUARANTEED BY THE UNITED STATES CONSTITUTION, AND THE FIFTH AMENDMENTS THERETO . YES. SEE APPENDIX : I(iv)B

LEGAL CLAIM NO. I(i) :

WHETHER COUNSEL MR. JEFF TICKAL WAS INEFFECTIVE FOR FAILURE TO OBJECT AND PRESERVE FOR DIRECT REVIEW THE ASSISTANT DISTRICT ATTORNEY MS. GAIL MEEKS KNOWING USE OF PERJURED TESTIMONY FROM MS. CYNTHIA THROWER IN VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. YES, . SEE RULE 32 PETITION FILED BY THE COURT JULY 24, 2001. pg.2. SEE APPENDIX : Legal Claim No. I(i)          .

-[ii]

LEGAL CLAIM NO. I(ii)

WHETHER TRIAL COUNSEL MR. JEFF TICKAL WAS INEFFECTIVE FOR FAILURE TO ADEQUATELY CROSS EXAMINE MS. CYNTHIA THROWER. PG. 25 OF RULE 32 PETITION FILED JULY 24, 2001 PAGE 25. YES                SEE                APPENDIX : _Legal Claim No. I (ii)_____.

LEGAL CLAIM NO. I(iii)

WHETHER COUNSEL WAS INEFFECTIVE FOR FAILURE TO OBJECT TO THE PROSECUTIONS COMMENTS DURING CLOSING ARGUMENT IN VIOLATION OF THE PETITIONERS SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. SEE RULE 32 filed           [Id].      SEE    APPENDIX   #: _Legal Claim No. I (iii)_____.

ISSUE I(i) ;APPENDIX NO: _Issue I(i)_____:

WHETHER THE PETITIONER , AS ONE OF ACTUAL INNOCENCE MAY BRING A MISCARRIAGE OF JUSTICE EXCEPTION TO CAUSE FOR PROCEDURAL DEFAULT.

LEGAL CLAIM II ;

WHETHER IT WAS AN ABUSE OF THE TRIAL COURTS DISCRETION TO DENY THE RULE 32 POST CONVICTION CLAIM THAT TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO OBJECT TO THE TRIAL COURTS INSTRUCTION TO THE JURY ON REASONABLE DOUBT. WHETHER TRIAL COURT AND APPELLATE COURTS FOR THE STATE OF ALABAMA ERRED IN THERE HOLDINGS. SEE APPENDIX ; __Legal Claim II_____;

LEGAL CLAIM NO. I(iv) : WHETHER TRIAL COURT COMMIT REVERSIBLE ERROR WHEN THE COURT ADMITTED CYNTHIA THROWER'S IN-COURT IDENTIFICATION OF THE DEFENDANT. SEE APPENDIX : _Legal Claim No. I (iv)_____.

[iii]-

LEGAL CLAIM II : WHETHER THE TRIAL COURT COMMIT REVERSIBLE ERROR WHEN THE COURT ADMITTED CYNTHIA THROWER'S IN COURT IDENTIFICATION OF THE DEFENDANT AS EVIDENCE: SEE APPENDIX NO: _Legal Claim II_.

LEGAL CLAIM III: THE TRIAL COURT SHOULD HAVE GRANTED THE DEFENDANTS MOTION FOR A JUDGMENT OF ACQUITTAL BECAUSE OF THE LACK OF LEGAL EVIDENCE TO CARRY THE BURDEN OF PROOF NECESSARY TO PROVE THE ELEMENT OF FORCIBLE COMPULSION. SEE APPENDIX : _Legal Claim III_.

LEGAL CLAIM IV : WHETHER IT WAS AN ABUSE OF THE TRIAL COURTS DISCRETION TO DENY THE RULE 32 POST CONVICTION CLAIM THAT ALLELLANT WAS ILLEGALLY SENTENCED UNDER THE HABITUAL FELONY OFFENDER ACT : SEE APPENDIX : _Legal Claim IV._.

LEGAL CLAIM V : COULD OKLAHOMA CONVICTIONS VOID ON THEIR FACE FOR FAILURE TO BE CONVICTIONS THAT REST UPON A VALID GRAND JURY INDICTMENT BE VOID CONVICTION USED FOR ENHANCEMENT PURPOSES UNDER ALABAMA'S HABITUAL FELONY OFFENDER STATUTE. SEE APPENDIX NO. _Legal Claim V._

LEGAL CLAIM VI: WHETHER IT WAS AN ABUSE OF THE TRIAL COURTS DISCRETION TO DENY THE RULE 32 POST CONVICTION CLAIM THAT APPELLATE COUNSEL WAS INEFFECTIVE FOR HIS FAILURE TO PROSECUTE ON DIRECT APPEAL REVIEW THE ILLEGAL SEARCH AND SEIZURE OF THE EVIDENCE FROM TINOTHY LEE SUNDAY . SEE APPENDIX : _Legal Claim VI:_.

Timothy Lee Sunday #134453
Easterling Correctional Facility D1-45A
200 Wallace Drive
Clio, AL 36017

Case 3:07-CV-00723-MEF-WC
Legal Mail

MONTGOMERY AL 361
15 OCT 2007 PM 1 L

Clerk: United States District Court for
The Middle District of Alabama
P.O. Box 711
Montgomery AL
36101



This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.