**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| **DEBRA P. HACKETT** <br> CLERK | | **TELEPHONE** <br> (334) 954-3610 |

**January 9, 2008**

Mr. Thomas K. Kahn, Clerk  USDC No. CV-07-F-00723-S
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW  USCA No. 07-14942-B
Atlanta, GA   30303

IN RE: TIMOTHY LEE SUNDA V. LEE COUNTY CIRCUIT COURT ALABAMA, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
____Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [  ]
____First Notice of Appeal:____Yes,____No     Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No; Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date , Receipt#_____
____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.
____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, ____Supersedeas Bond
_X_The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge:_____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
  ____Volume(s) of Pleadings, ____Volume(s) of Transcripts,
  ____SEALED ITEMS, ie. ____PSI(s)____; OTHER____; TAPE(s)_____
  ____Volume(s) of Exhibits:____Envelope
  _1_Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By: Donna M. Norfleet
Deputy Clerk