**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK JAN 10 2008 ATLANTA, GA.]*

TELEPHONE
(334) 954-3610

January 9, 2008

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No. CV-07-F-00723-S

USCA No. 07-14942-B

IN RE: TIMOTHY LEE SUNDA V. LEE COUNTY CIRCUIT COURT ALABAMA, ET AL.

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
____Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [   ]
____First Notice of Appeal:____Yes,____ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No                        Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No;  Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date , Receipt#_____
____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.
____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, _____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
   ___Volume(s) of Pleadings, ____ Volume(s) of Transcripts,
   ___SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)_____
   ___Volume(s) of Exhibits:_____Envelope
   _1_Volume (s) of Original Papers

---

Sincerely,

DEBRA P. HACKETT, CLERK

By: Donna M. Norfleet
         Deputy Clerk